IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EL BOR CORP. d/b/a JUNIATA FITNESS, | : : : | CIVIL ACTION NO. 09-5005 |
| Plaintiff, | : : | |
| v. | : : | |
| FIREMAN'S FUND INSURANCE COMPANY, | : : : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this **6th** day of **May, 2011**, it is hereby **ORDERED** that Defendant's motion for summary judgment (doc. no. 24) is **GRANTED in part and DENIED in part** as follows:

1) Defendant's motion is **DENIED** as to Plaintiff's Count One claim for breach of contract;

2) Defendant's motion is **GRANTED** as to Plaintiff's Count Two statutory bad faith claim;

It is hereby further **ORDERED** that pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[1] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed by **Friday, May 27, 2011**;

It is hereby further **ORDERED** that a final pretrial conference shall be held on **Wednesday, June 8, 2011, at 2:00 P.M.**

---

[1] Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

in Courtroom 11A, United States Courthouse, 601 Market St., Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

                               S/Eduardo C. Robreno
                               **EDUARDO C. ROBRENO, J.**